IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SYLVESTER HENRY DUDLEY,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-0595-JMY** |
| | : | |
| **CLERK OF COURT, EDPA,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 24th day of February, 2023, upon consideration of Plaintiff Sylvester Henry Dudley's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons stated in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ John Milton Younge*
**JOHN MILTON YOUNGE, J.**